PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                              Case No. 09-72118 WJL

GARY STEVEN KING and                Chapter 13
JANICE RICHEY KING,
                                    STIPULATION RE CLAIM #4-3 OF THE
            Debtors.                INTERNAL REVENUE SERVICE

_____/

   IT IS HEREBY STIPULATED by and between the Internal Revenue Service, and Gary Steven King & Janice Richey King, debtors, through their attorney of record, that claim #4-3 filed by the Internal Revenue Service shall not be disbursed upon by the Chapter 13 Trustee while the IRS's examination of the Debtors' 2008 Federal Tax Return is being conducted. Upon completion of the examination, the Debtors shall modify their plan to accommodate for the IRS's claim or the IRS will either withdraw or amend their claim.

   In the event that the IRS's examination is not completed prior to the completion of the Debtors' Chapter 13 plan any liability owed to the

IRS related to the 2008 tax examination will not be discharged in this case and shall be paid directly by the Debtors.

Dated: June 21, 2013

/s/ Anne Y. Shiau
ANNE Y. SHIAU
Attorney for Debtors

Dated: June 6/21, 2013

*(signature)*
Melissa Quale
Counsel for the
Internal Revenue Service